■ In the Matter of QUAIL SUMMIT, INC., Appellant, v TOWN OF CANANDAIGUA et al., Respondents, and CANANDAIGUA CITY SCHOOL DISTRICT et al., Intervenors-Respondents. (Appeal No. 2.) [864 NYS2d 365]—Appeal from an order of the Supreme Court, Ontario County (Kenneth R. Fisher, J.), entered March 15, 2007 in a proceeding pursuant to RPTL article 7. The order, among other things, denied petitioner's motion to settle the order in appeal No. 1.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Quail Summit, Inc. v Town of Canandaigua* (55 AD3d 1295 [2008]). Present—Hurlbutt, J.P., Smith, Centra, Fahey and Gorski, JJ.

■ GEORGE A. PLESKO, Appellant, v PSC INC. et al., Respondents. [864 NYS2d 357]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered February 16, 2007 in a breach of contract action. The order granted defendants' motions to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Smith, Centra, Fahey and Gorski, JJ.